Manuel A. DeCARVALHO

v.

The TRAVELERS INSURANCE COMPANY.

No. 79–502–A.

Supreme Court of Rhode Island.

May 2, 1980.

Aram A. Arabian, Providence, for plaintiff.

Law Offices of Hugh L. Moore, Jr., Kevin M. Cain, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

Tina FONTAINE

v.

Romeo CALDARONE, Director of Labor.

No. 78–160–A.

Supreme Court of Rhode Island.

May 2, 1980.

Bernard W. Boyer, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Richard B. Woolley, Special Asst. Atty. Gen., for respondent.

ORDER

The motion for counsel fee pursuant to G.L. 1956 (1979 Reenactment) § 28–35–32 is granted and the attorney for petitioner is awarded a counsel fee in the amount of $1,500 for services rendered before this court.

Walter H. FRICKE

v.

Loretta L. FRICKE.

No. 80–210–M.P.

Supreme Court of Rhode Island.

May 2, 1980.

Walter H. Fricke, pro se.

Pamela M. Macktaz, Woonsocket, for respondent.

ORDER

The stay previously entered in this case having expired, the petitioner's motion for any further stay is hereby denied.